AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mann, Margaret M. | United States Bankruptcy Court Southern District of CA | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article 1 | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Southern District of California
325 West F. Street
San Diego CA 92106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | National Non-profit CARE Advisory Board of Directors |
| 2. | Trustee | Family Trust 1 - See Additional Information. |
| 3. | Co-Trustee | Family Trust 2 - See Additional Information. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Income From Law Offices of Michael T. O'Halloran |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 03/09/2017 to 03/11/2017 | Washington, DC | Speaking at the Conference | meals, airfare and hotel |
| 2. | American Bankruptcy Institute | 03/21/2017 | Los Angeles, CA | Speaking at the Conference | meals and trainfare |
| 3. | California Bankruptcy Forum | 05/19/2017 to 05/21/2017 | Coronado, CA | Speaking at the Conference | meals and hotel |
| 4. | American Bankruptcy Institute | 04/20/17 | Washington DC | Professional non-profit board meeting | meals, airfare and hotel |
| 5. | National Conference of Bankruptcy Judges | 10/07/2017 to 10/11/2017 | Las Vegas, NV | Speaking at the Conference | meals, airfare and hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genworth Variable Annuity Contract Janus Henderson Enterprise Port. | A | Int./Div. | K | T | | | | | |
| 2. Genworth Variable Annuity Contract Janus Henderson Global Res.Port. | A | Int./Div. | K | T | | | | | |
| 3. Genworth Variable Annuity Contract Janus Henderson Research Port. | A | Int./Div. | K | T | | | | | |
| 4. AMERICAN FUNDS GROWTH FUND OF AMERICA F2 | A | Dividend | L | T | | | | | |
| 5. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A | B | Dividend | M | T | | | | | |
| 6. AMERICAN FUNDS EUROPACIFIC FUNDS CLASS F@ | B | Dividend | M | T | | | | | |
| 7. Oppenheimer International Small Company Fund Class Y | A | Interest | L | T | | | | | |
| 8. Principal Small Mid Cap Dividend Fund Class P | C | Dividend | M | T | | | | | |
| 9. GUGGENHEIM S&P GLOBAL WATER INDEX ETF | B | Dividend | M | T | | | | | |
| 10. DELAWARE SMID CAP GROWTH CLASS C | A | Dividend | | | Sold | 02/07/17 | M | A | |
| 11. DELAWARE SMID CAP GROWTH CLASS A | A | Dividend | | | Sold | 02/07/17 | K | A | |
| 12. Coachella Vall CA USD Assur OID 98.053 | A | Interest | K | T | | | | | |
| 13. DELANO CA JT UN High Sch Build SR A | B | Interest | L | T | | | | | |
| 14. Turlock CA IRR DIST 2014 | B | Interest | L | T | | | | | |
| 15. Genworth Variable Annuity Contract Janus Henderson Balanced Port. | A | Int./Div. | K | T | | | | | |
| 16. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 17. Wells Fargo Savings | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS Bank Deposit Account | A | Interest | M | T | | | | | |
| 19. COHEN & STEERS CLASS C REAL ESTATE SECURITIES FUND | C | Dividend | M | T | | | | | |
| 20. DEUTSCHE SHORT DURATION FUND | A | Dividend | | | Sold | 06/27/17 | K | A | |
| 21. COCA COLA CO COM | A | Dividend | K | T | | | | | |
| 22. COLGATE PALMOLIVE CO | A | Dividend | K | T | | | | | |
| 23. DIAGEO PLC NEW GB SPON ADR | A | Int./Div. | K | T | | | | | |
| 24. INVESCO LTD | A | Dividend | J | T | | | | | |
| 25. INTEL CORP | A | Dividend | K | T | | | | | |
| 26. MEDTRONIC | A | Dividend | K | T | | | | | |
| 27. Microsoft | A | Dividend | K | T | | | | | |
| 28. NEXTERA ENERGY INC COM | A | Dividend | K | T | | | | | |
| 29. SPDR S&P 500 ETF TR | B | Dividend | N | T | | | | | |
| 30. Union Pacific Corp | A | Dividend | K | T | | | | | |
| 31. UNTD TECHNOLOGIES CORP | A | Dividend | K | T | | | | | |
| 32. VF Corp | A | Dividend | K | T | | | | | |
| 33. NOVARTIS AG SPON ADR | A | Dividend | J | T | | | | | |
| 34. PRIME PLUS INVESTMENTS TISHMAN SPEYER LLP | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Adv. Consumer Staples -CLT | A | Dividend | L | T | | | | | |
| 36. CALIFORNIA ST TAX BE/R/ MAND SINK FND | B | Interest | L | T | | | | | |
| 37. PIONEER STRATEGIC INCOME FUND CLASS C | A | Dividend | K | T | | | | | |
| 38. Pioneer Strategic Income Y | D | Dividend | N | T | | | | | |
| 39. Coachella CA WTR Auth. | B | Interest | L | T | | | | | |
| 40. Nordstrom Inc. | A | Dividend | | | Sold | 09/11/17 | J | A | |
| 41. LEUCADIA NAT'L CORP B/E 5.55% NEW | A | Dividend | K | T | | | | | |
| 42. ANGEL OAK MULTI STRATEGY INCOME FUND CLASS C NEW | D | Dividend | M | T | | | | | |
| 43. EGA Emerging Global SHS TR EG SHS India | A | Dividend | | | Sold | 08/01/17 | J | A | |
| 44. Accenture PLC Ireland Class A | A | Dividend | J | T | | | | | |
| 45. Crane Co. | A | Dividend | K | T | | | | | |
| 46. Home Depot | A | Dividend | K | T | | | | | |
| 47. Johnson Controls | A | Dividend | | | Sold | 08/01/17 | J | A | |
| 48. Marsh & McLennan | A | Dividend | K | T | | | | | |
| 49. McDonalds Corp | A | Dividend | J | T | | | | | |
| 50. Pepsico | A | Dividend | K | T | | | | | |
| 51. Rockwell Automation | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Texas Instruments | A | Dividend | J | T | | | | | |
| 53. T Rowe Price Global Tech Fund | D | Dividend | L | T | | | | | |
| 54. California ST. BE/RA 5.0% | A | Interest | K | T | | | | | |
| 55. Northern CA Transmission SRA 5.5% | B | Interest | K | T | | | | | |
| 56. California ST. BE/R 5.0% 09/01/35 | B | Interest | K | T | | | | | |
| 57. San Diego CA PUB FACS F1 5.0% | B | Interest | L | T | | | | | |
| 58. Motorola Solutions, inc. | B | Interest | L | T | | | | | |
| 59. Riverside Water CA RV | B | Interest | K | T | | | | | |
| 60. Blackrock, Inc. | A | Dividend | K | T | | | | | |
| 61. Hartford Midcap Fund Classic | A | Dividend | K | T | Buy | 02/07/17 | K | | |
| 62. Virtus Vontobel Emerging Markets Opportunites Classis | A | Dividend | L | T | Buy | 08/01/17 | L | | |
| 63. Oppenheimer Senior Floating Rate Class C | D | Dividend | K | T | Buy | 02/07/17 | K | | |
| 64. Chevron Corp | A | Dividend | J | T | Buy | 09/11/17 | J | | |
| 65. Johnson & Johnson Com. | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 66. Sunco Energy Inc. New Cad | A | Dividend | K | T | Buy | 09/11/17 | K | | |
| 67. Bain Capital Spec. Finance | A | Dividend | K | T | Buy | 07/10/17 | K | | |
| 68. British American Tobacco | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Chubbs | A | Dividend | K | T | | | | | |
| 70. CVS | A | Dividend | | | Sold | 12/19/17 | J | | |
| 71. Exxon Mobil Corp | A | Dividend | | | Sold | 01/24/17 | J | | |
| 72. Lockheed Martin Corp. | A | Dividend | K | T | | | | | |
| 73. Praxair | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Family Trust 1

Since before I was appointed, my spouse and I have been co-trustees of our intervivos family trust. All assets of the intervivos trust are now, and have always been, included in these reports.

Family Trust 2

My father has a trust he established in which I am one of the four contingent beneficiaries. I have no current interest in the trust assets. Although I am a co-trustee with my sister, my father retains all decision making regarding the assets in the trust until his death. For this reason, none of the assets of the trust are included in this report or any earlier reports.

Errors in Previous Reports

Northern CA Transmission SRA 5.5% is mis-identified. It should be Northern CA Transmission SRA 5.6%.

Toronto Dominion was acutally sold on 04/26/16 for value J and gain A.

Blackrock Equity Dividend Fund C was actually sold on 03/26/16 for value J and gain A.

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret M. Mann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544